IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01762-ZLW

KYLE HOUSTON, a.k.a. DELIHUE,

    Plaintiff,

v.

THE STATE OF COLORADO,
JUDGE GLORIA A. RIVERA, Denver District Court,
JUDGE HERBERT STERN,
THE COLORADO ATTORNEY GENERAL'S OFFICE,
KEN SALAZAR,
JOSEPH P. SANCHEZ,
COLORADO DEPARTMENT OF CORRECTIONS,
A.F. STANLEY,
JOE WHITE,
CHRISTINE MOSCHETTI,
CATHIE HOLST,
BARRY PARDUS,
JOE ORTIZ,
DIVISION OF COMMUNITY CORRECTION HEADQUARTERS,
JEANEENE MILLER, and
DOUG CURRAGAN, Independence Halfway House Director,

    Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Appeal to the United States Court of Appeals on July 1, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
    <u> X </u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

- <u> X </u> is not submitted
- __ is missing affidavit
- __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- __ is missing required financial information
- __ is missing an original signature by the prisoner
- __ is not on proper form (must use the court's current form)
- __ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this <u> 16th </u> day of <u> July </u>, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court