**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01762-LTB

KYLE HOUSTON, a.k.a. DELIHUE,

    Plaintiff,

v.

THE STATE OF COLORADO,
JUDGE GLORIA A. RIVERA, Denver District Court,
JUDGE HERBERT STERN,
THE COLORADO ATTORNEY GENERAL'S OFFICE,
KEN SALAZAR,
JOSEPH P. SANCHEZ,
COLORADO DEPARTMENT OF CORRECTIONS,
A. F. STANLEY,
JOE WHITE,
CHRISTINE MOSCHETTI,
CATHIE HOLST,
BARRY PARDUS,
JOE ORTIZ,
DIVISION OF COMMUNITY CORRECTION HEADQUARTERS,
JEANEENE MILLER, and
DOUG CURRAGAN, Independence Halfway House Director,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff filed a Letter, ECF No. 51, on December 9, 2013, in this case. In the Letter, Plaintiff requests a temporary restraining order. This case was dismissed on April 25, 2008, and the dismissal was affirmed on appeal on October 17, 2008. Plaintiff's request is inappropriately filed in this case. The December 9 filing also for the most part is incomprehensible. Plaintiff is directed to refrain from submitting inappropriate filings in this case. Any future filings that are inappropriate will be ordered stricken.

Dated: December 10, 2013